UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Felicia Lynum,

          Plaintiff,

v.                    Case No.   3:07-cv-884-J-33MCR

State of Florida, County of Duval,
et al,

          Defendants.
_____/

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #5), filed September 20, 2007, recommending that Lynum's motion for leave to proceed in forma pauperis be denied and that this case be dismissed without prejudice to Lynum filing a paid complaint.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation is hereby **accepted**. Lynum's motion for leave to proceed in forma pauperis (Doc. # 2) is **DENIED**, and this case is **DISMISSED** without prejudice. Lynum may refile her complaint upon payment of the appropriate filing fee.

2. The Clerk shall terminate all deadlines and pending motions and close this case.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 2nd day of November 2007.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Parties and Counsel of Record.